**Irene BRIGGS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2012–3023.**

United States Court of Appeals, Federal Circuit.

Nov. 14, 2011.

Irene Briggs, Lakeville, MA, pro se.

**ON MOTION**

**ORDER**

Irene Briggs moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to proceed in forma pauperis is granted.